**Balance Sheet**
**Faith USA LLC**
As of JAN-FEB 2024

| Account | JAN-FEB 2024 |
|---|---:|
| **Assets** | |
| Current Assets | |
| Cash and Cash Equivalents | |
| Faith USA LLC | 7.55 |
| Cash Advances | |
| Total Cash and Cash Equivalents | 7.55 |
| Inventory | 0.00 |
| Merchandise write off | 0.00 |
| Fixed Assets | |
| Vehicles | 466,158.87 |
| Less-Accumulated Depreciation Lease | -233079.43 |
| Total Fixed Assets | 233,079.44 |
| **Total Assets** | 233,086.99 |
| **Liabilities and Equity** | |
| Liabilities | |
| Current Liabilities | |
| Savings | 0.00 |
| Credit Card Capital One | 0.00 |
| Line of Credit | 0.00 |
| Sales Tax | 0.00 |
| Accruals | 212,799.88 |
| Total Current Liabilities | 212,799.88 |
| Total Liabilities | 212,799.88 |
| Equity | |
| Current Year Earnings | (147,551.04) |
| Owner's Capital | 19,655.89 |
| Owner's Capital: Owner's Investment | 282,892.98 |
| Retained Earnings | (134,710.72) |
| Total Equity | 20,287.11 |
| **Total Liabilities and Equity** | 233,086.99 |

| | |
|---:|---:|
| 2021 | 3,372.10 |
| 2022 | 8,083.56 |
| 2023 | 11,476.95 |
| 2024 | (147,551.04) |
| TOTAL | (124,618.43) |
| PREV YEARS | (10,092.29) |
| | (134,710.72) |

**Income Statement (Profit and Loss)**
**Faith USA LLC**
**AS OF JAN-FEB 2024**

| Account | JAN-FEB 2024 |
|---|---:|
| Income | |
| Sales | 183,236.40 |
| Service | |
| Shipping & Handling | |
| Total Income | 183,236.40 |
| Cost Sold | |
| Cost Sold | 80,540.27 |
| Merchandise Written Off | |
| Subcontractors | 41,263.33 |
| Equipment Tools Write Off | 0.00 |
| Total Cost | 121,803.60 |
| Gross Profit | 61,432.80 |
| Operating Expenses | |
| Accruals | 141,278.90 |
| Automobile Expense | 11,763.90 |
| Bank Service Charges | 754.20 |
| Business License & Fees | 0.00 |
| Permits & Subscriptions | 1,386.09 |
| Fees | 0.00 |
| Interest | 11,450.27 |
| Insurance | 14,764.29 |
| Passes | 1,294.76 |
| Legal fees | 0.00 |
| Meals & Entertainment | 5,782.87 |
| Mileage Reimbursement | 0.00 |
| Motor Veh Expenses | 14,762.65 |
| Office Expense | 1,753.87 |
| Postage | 0.00 |
| Professional Fees | 0.00 |
| Rent | 2,650.00 |
| Storage | 446.50 |
| Telephone | 895.54 |
| Travel and Hotel | 0.00 |
| Total Operating Expenses | 208,983.84 |
| Operating Income | (147,551.04) |
| Other Income / (Expense) | |
| Other Income | |
| Vendor Refunds | |
| Total Other Income / (Expense) | 0.00 |
| Net Income | (147,551.04) |